# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATRINA ZILBERMAN, as personal representative of the Estate of Miroslav Steven Zilberman, and next friend, parent and natural guardian of **D. ZILBERMAN** and **S. ZILBERMAN**, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>**NORTHROP GRUMMAN CORPORATION**, a Virginia citizen; **ROLLS ROYCE NORTH AMERICA, INC.**, a Virginia citizen; **ALLISON ENGINE COMPANY, INC.** a/k/a **ALLISON ENGINE COMPANY** a/k/a **ROLLS-ROYCE CORPORATION**, an Indiana citizen; **HAMILTON SUNDSTRAND CORPORATION**, a Connecticut citizen; and **UNITED TECHNOLOGIES CORPORATION**, a Connecticut citizen,<br><br>Defendants. | CASE NO. _____<br><br><br>Date: April 26, 2012 |

## NOTICE OF CONSENT AND JOINDER OF NORTHROP GRUMMAN CORPORATION TO REMOVAL OF COMPLAINT AT LAW FROM THE SUPERIOR COURT OF CONNECTICUT, HARTFORD JUDICIAL DISTRICT

TO THE CLERK OF THIS COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant NORTHROP GRUMMAN CORPORATION hereby joins in and consents to the Notice of Removal of Civil Action to federal court under 28 U.S.C. §§ 1331, 1441(a), 1442(a)(1) and 1446, removing this action from the Superior Court of Connecticut, Hartford Judicial District, to the United States District Court for the District of

1

Connecticut, filed by defendants HAMILTON SUNDSTRAND CORPORATION and UNITED TECHNOLOGIES CORPORATION.

        DEFENDANT

        NORTHROP GRUMMAN CORPORATION

By: _/s/ Stephen M. Cowherd_

Stephen M. Cowherd (ct19093)
**JEFFERS COWHERD P.C.**
55 Walls Drive
Fairfield, Connecticut 06824
Tele: (203) 259-7900 / Fax: (203) 259-1070
Email: scowherd@jeffers-law.com

And

**Randal R. Craft, Jr.** (*pro hac vice* application pending)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
(212) 513-3411; (212) 385-9010 Fax
E-mail: rcraft@hklaw.com

And

**Gary L. Halbert** (*pro hac vice* application pending)
**HOLLAND & KNIGHT LLP**
2099 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
(202) 469-5150; (202) 955-5564 Fax
E-mail: gary.halbert@hklaw.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KATRINA ZILBERMAN**, as personal representative of the Estate of Miroslav Steven Zilberman, and next friend, parent and natural guardian of **D. ZILBERMAN** and **S. ZILBERMAN**, minors,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHROP GRUMMAN CORPORATION**, a Virginia citizen; **ROLLS ROYCE NORTH AMERICA, INC.**, a Virginia citizen; **ALLISON ENGINE COMPANY, INC.** a/k/a **ALLISON ENGINE COMPANY** a/k/a **ROLLS-ROYCE CORPORATION**, an Indiana citizen; **HAMILTON SUNDSTRAND CORPORATION**, a Connecticut citizen; and **UNITED TECHNOLOGIES CORPORATION**, a Connecticut citizen,<br><br>Defendants. | CASE NO. _____<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 26, 2012 |

**NOTICE OF CONSENT AND JOINDER OF ROLLS ROYCE NORTH AMERICA, INC. AND ROLLS ROYCE CORPORATION TO REMOVAL OF COMPLAINT AT LAW FROM THE SUPERIOR COURT OF CONNECTICUT, HARTFORD JUDICIAL DISTRICT**

TO THE CLERK OF THIS COURT, ALL INTERESTED PARTIES AND THEIR

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants ROLLS ROYCE NORTH AMERICA, INC. and ROLLS ROYCE CORPORATION hereby join in and consent to the Notice of Removal of Civil Action to federal court under 28 U.S.C. §§ 1331, 1441(a), 1442(a)(1) and 1446, removing

this action from the Superior Court of Connecticut, Hartford Judicial District, to the United States District Court for the District of Connecticut, filed by defendants HAMILTON SUNDSTRAND CORPORATION and UNITED TECHNOLOGIES CORPORATION.

DATED: April 26, 2012          BY ROLLS-ROYCE NORTH AMERICA, INC. AND ROLLS ROYCE CORPORATION

/s/ Steven E. Arnold
**Steven E. Arnold, Esq.**
**STANGER & ARNOLD LLC**
433 South Main Street, Suite 112
West Hartford, CT 06110
(860) 561-0651 / (860) 561-0646 (fax)
Email: sea@salaw.us

**J. Denny Shupe, Esq.** (*pro hac vice* application pending)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2300 / (215) 972-7413 (fax)
Email: dshupe@schnader.com

and

**Robert J. Williams, Esq.** (*pro hac vice* application pending)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222
(412) 577-5291
Email: rwilliams@schnader.com