# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KATRINA ZILBERMAN**, as personal representative of the Estate of Miroslav Steven Zilberman, and next friend, parent and natural guardian of **D._____ ZILBERMAN** and **S._____ ZILBERMAN**, minors, | CIVIL NO. |
| Plaintiffs, | |
| v. | |
| **NORTHROP GRUMMAN CORPORATION**, ; **ROLLS ROYCE NORTH AMERICA, INC.**, **ALLISON ENGINE COMPANY, INC. a/k/a ALLISON ENGINE COMPANY a/k/a ROLLS-ROYCE CORPORATION**, **HAMILTON SUNDSTRAND CORPORATION**, and **UNITED TECHNOLOGIES CORPORATION** | |
| Defendants. | APRIL 26, 2012 |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HAMILTON SUNDSTRAND CORPORATION AND UNITED TECHNOLOGIES CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Hamilton Sundstrand Corporation and United Technologies Corporation make the following corporate disclosure statement: United Technologies Corporation has no parent company, its shares are publicly traded, and no publicly held corporation owns 10% or more of its stock. Hamilton Sundstrand Corporation is a wholly owned subsidiary of United Technologies Corporation.

1

**DEFENDANTS HAMILTON SUNDSTRAND CORPORATION and UNITED TECHNOLOGIES CORPORATION**

By: /s/ James H. Rotondo
      James H. Rotondo  (ct05173)
For: Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103
      Telephone:  (860) 275-0100
      Facsimile:   (860) 275-0343
      jhrotondo@daypitney.com
      Their Attorney

## CERTIFICATION

I hereby certify that a copy of the above was mailed this date, postage prepaid, to:

James W. Walsh
Bennett & Walsh
103 Main Street
Ansonia, CT 06401

Arthur Alan Wolk
The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103
215-545-4220 P
215-545-5252 F
airlaw@airlaw.com

*Attorneys for Katrina Zilberman, et al*

Stephen M. Cowherd
Jeffers Cowherd P.C..
55 Walls Drive
Fairfield, Connecticut 06824
(203) 259-7900; (203) 259-1070 Fax
E-mail:  SCowherd@jeffers-law.com

Randal R. Craft
Holland Knight, LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3411; (212) 385-9010 Fax
E-mail:  randal.craft@hklaw.com

Gary L. Halbert
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006
(202) 469-5150; (202) 955-5564 Fax
E-mail:  gary.halbert@hklaw.com

*Attorneys for Northrop Grumman Corporation*

Steven E. Arnold
Stanger & Arnold, LLC
433 South Main Street, Suite 112
West Hartford, Connecticut 06110
(860) 561-0615; (860) 561-0646 Fax
E-mail:  sea@SAlaw.us

J. Denny Shupe
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103-7286
(215) 751-2300; (215) 972-7413
Email:  dshupe@schnader.com

Robert J. Williams
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania  15222-3001
(412) 577-5291
Email:  rwilliams@schnader.com

*Attorneys for Rolls Royce North America, Inc. and Rolls Royce Corporation*

Alan H. Collier
Darrell M. Padgette
Fitzpatrick & Hunt
Tucker, Collier, Pagano, Aubert, LLP
633 West Fifth Street, 60th Floor
Los Angeles, California 90071
(213) 873-2100; (213) 873-2125 Fax
E-mail:  alan.collier@fitzhunt.com
E-mail:  darrell.padgette@fitzhunt.com

*Attorneys for Hamilton Sundstrand Corporation and United Technologies Corporation*

   /s/ James  H. Rotondo
     James H. Rotondo