# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KATRINA ZILBERMAN**, as personal representative of the Estate of Miroslav Steven Zilberman, and next friend, parent and natural guardian of **D._____ ZILBERMAN** and **S._____ ZILBERMAN**, minors, <br><br> Plaintiffs, <br><br> v. <br><br> **NORTHROP GRUMMAN CORPORATION**, **ROLLS ROYCE NORTH AMERICA, INC.**, **ALLISON ENGINE COMPANY, INC. a/k/a ALLISON ENGINE COMPANY a/k/a ROLLS-ROYCE CORPORATION**, **HAMILTON SUNDSTRAND CORPORATION**, and **UNITED TECHNOLOGIES CORPORATION** <br><br> Defendants. | **CIVIL NO.** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **APRIL 26, 2012** |

## DEFENDANTS MOTION TO SEAL EXHIBIT B
## TO THE AFFIDAVIT OF KENNETH L. RIDLEY

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(e), defendants Hamilton Sundstrand Corporation and United Technologies Corporation respectfully move to seal Exhibit B to the affidavit of Kenneth Ridley. As explained in the attached Memorandum of Law, Exhibit B to Mr. Ridley's affidavit is United States Navy, Procurement Instrument N00383-95-G-004A-0036 ("Contract"), which was entered into between the Government of the United States and Hamilton Sundstrand's predecessor in interest. The Contract contains sensitive and highly confidential technical data that is protected by federal arms-control

regulations.  *See* 22 C.F.R. § 120, et. seq.  Disclosure of the technical information included within the Contract could adversely affect the national security and could expose Hamilton Sundstrand to civil and criminal penalties.

Accordingly, defendants move to seal Exhibit B to the Affidavit of Kenneth Ridley.

**DEFENDANTS HAMILTON SUNDSTRAND CORPORATION and UNITED TECHNOLOGIES CORPORATION**

By: /s/ James H. Rotondo_____
     James H. Rotondo  (ct05173)
For: Day Pitney LLP
     242 Trumbull Street
     Hartford, CT 06103
     Telephone:  (860) 275-0100
     Facsimile:   (860) 275-0343
     *jhrotondo@daypitney.com*
     Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the above was mailed this date, postage prepaid, to:

James W. Walsh
Bennett & Walsh
103 Main Street
Ansonia, CT 06401

Arthur Alan Wolk
The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103
215-545-4220 P
215-545-5252 F
airlaw@airlaw.com

*Attorneys for Katrina Zilberman, et al*

Stephen M. Cowherd
Jeffers Cowherd P.C..
55 Walls Drive
Fairfield, Connecticut 06824
(203) 259-7900; (203) 259-1070 Fax
E-mail:  SCowherd@jeffers-law.com

Randal R. Craft
Holland Knight, LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3411; (212) 385-9010 Fax
E-mail:  randal.craft@hklaw.com

Gary L. Halbert
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006
(202) 469-5150; (202) 955-5564 Fax
E-mail:  gary.halbert@hklaw.com

*Attorneys for Northrop Grumman Corporation*

Steven E. Arnold
Stanger & Arnold, LLC
433 South Main Street, Suite 112
West Hartford, Connecticut 06110
(860) 561-0615; (860) 561-0646 Fax
E-mail:  sea@SAlaw.us

J. Denny Shupe
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103-7286
(215) 751-2300; (215) 972-7413
Email:  dshupe@schnader.com

Robert J. Williams
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania  15222-3001
(412) 577-5291
Email:  rwilliams@schnader.com

*Attorneys for Rolls Royce North America, Inc. and Rolls Royce Corporation*

Alan H. Collier
Darrell M. Padgette
Fitzpatrick & Hunt
Tucker, Collier, Pagano, Aubert, LLP
633 West Fifth Street, 60th Floor
Los Angeles, California 90071
(213) 873-2100; (213) 873-2125 Fax
E-mail:  alan.collier@fitzhunt.com
E-mail:  darrell.padgette@fitzhunt.com

*Attorneys for Hamilton Sundstrand Corporation and United Technologies Corporation*

    /s/ James  H. Rotondo
      James H. Rotondo