UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KATRINA ZILBERMAN**, et. al., ) | CIVIL NO. 3:12-cv-00621-WWE |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **NORTHROP GRUMMAN CORPORATION**, ) et. al., ) | |
| Defendants. ) | |
| ) | MAY 3, 2012 |

### DEFENDANTS' MOTION TO DISMISS

Defendants HAMILTON SUNDSTRAND CORPORATION, UNITED TECHNOLOGIES CORPORATION, NORTHROP GRUMMAN CORPORATION, ROLLS ROYCE NORTH AMERICA, INC. and ROLLS ROYCE CORPORATION (hereinafter collectively referred to as the "Defendants") move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order to dismiss plaintiffs' Complaint on the grounds that: (1) all of the claims in the complaint are preempted by the Death On the High Seas Act ("DOHSA"), 46 U.S.C. § 30301, et. seq.; and (2) in the alternative, Counts V, X and XV, which allege fraud, must be dismissed because they fail to state with particularity the circumstances that plaintiffs allege constitute fraud, as required by Rule 9(b) of the Federal Rules of Civil Procedure.

Defendants submit a memorandum of law in support of this motion.

42772731.4

2

DEFENDANTS HAMILTON SUNDSTRAND CORPORATION and UNITED TECHNOLOGIES CORPORATION

By: /s/ James H. Rotondo_____
      James H. Rotondo  (ct05173)
For: Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103
      Telephone:  (860) 275-0100
      Facsimile:  (860) 275-0343
      jhrotondo@daypitney.com
      Their Attorney

DEFENDANT NORTHROP GRUMMAN CORPORATION

By: /s/  Stephen N. Cowherd_____
      Stephen M. Cowherd, Esq. (ct19093)
For: Jeffers Cowherd P.C.
      55 Walls Drive
      Fairfield, CT 06824
      Telephone:   (203) 259-7900
      Facsimile:   (203) 259-1070
      SCowherd@jeffers-law.com

      and

      Randal R. Craft, Jr. (*pro hac vice* application pending)
For: Holland & Knight LLP
      31 West 52nd Street
      New York, New York 10019
      Telephone: (212) 513-3411
      Facsimile: (212) 385-9010
      rcraft@hklaw.com

      and

|  |  |
|---|---|
|  | Gary L. Halbert (*pro hac vice* application pending) |
| For: | Holland & Knight LLP |
|  | 2099 Pennsylvania Avenue, NW |
|  | Washington, DC 20006 |
|  | Telephone: (202) 469-5150 |
|  | Facsimile: (202) 955-5564 |
|  | gary.halbert@hklaw.com |

Its Attorneys

DEFENDANTS ROLLS ROYCE NORTH AMERICA, INC. and ROLLS ROYCE CORPORATION

By: /s/ Stephen E. Arnold
     Steven E. Arnold, Esq.
For: Stanger & Arnold LLC
     433 South Main Street, Suite 112
     West Hartford, CT 06110
     (860) 561-0651 / (860) 561-0646 (fax)
     Email: sea@salaw.us

and

     J. Denny Shupe, Esq. (*pro hac vice* application pending
For: Schnader Harrison Segal & Lewis LLP
     1600 Market Street, Suite 3600
     Philadelphia, Pennsylvania  19103
     Telephone:  (215) 751-2300
     Facsimile:  (215) 972-7413
     dshupe@schnader.com

and

     Robert J. Williams, Esq. (pro hac vice application pending)
For: Schnader Harrison Segal & Lewis LLP
     120 Fifth Avenue, Suite 2700
     Pittsburgh, Pennsylvania  15222
     Telephone: (412) 577-5291
     rwilliams@schnader.com
     Their Attorneys

## **CERTIFICATION**

I hereby certify that on May 3, 2012, a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on all parties able to accept electronic service. A copy of the foregoing was also sent by first-class mail, postage prepaid to:

James W. Walsh
Bennett & Walsh
103 Main Street
Ansonia, CT 06401

Arthur Alan Wolk
The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

<u>Attorneys for Plaintiffs Katrina Zilberman, et. al.</u>

    /s/ James  H. Rotondo
    James H. Rotondo